# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| WILLIAM HENNIS, | : | |
| Petitioner, | : | Case No. 3:10cv00202 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| WARDEN, Chillicothe Correctional Institution, | : | **DECISION AND ENTRY** |
| Respondent. | : | |
| | : | |

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations docketed on February 8, 2011 (Doc. #15) is ADOPTED in full;

2. Respondent's Motion to Dismiss (Doc. #11) is GRANTED in part and Hennis' third, fourth, and sixth grounds for relief are dismissed; and,

3. Respondent's Motion to Dismiss (Doc. #11) is DENIED in remaining part and the case proceed on Hennis' first, second, fifth, seventh, and eighth grounds for relief.

March 1, 2011                              *s/THOMAS M. ROSE*
                                           _____
                                           Thomas M. Rose
                                           United States District Judge