UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

WILLIAM HENNIS

        Petitioner,

-v-

WARDEN, CHILLICOTHE
CORRECTIONAL INSTITUTION

        Respondent.

Case No. C-3:10-cv-202

Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

---

**ENTRY AND ORDER OVERRULING HENNIS'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #25); ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #24) IN ITS ENTIRETY; DISMISSING HENNIS'S PETITION FOR A WRIT OF HABEAS CORPUS WITH PREJUDICE; DENYING HENNIS LEAVE TO APPEAL IN FORMA PAUPERIS AND A CERTIFICATE OF APPEALABILITY; AND TERMINATING THIS CASE**

---

This matter comes before the Court pursuant to pro se Petitioner William Hennis's ("Hennis's") Objections (doc. #25) to Magistrate Judge Michael J. Newman's Report and Recommendations (doc. #24). The time has run and the Warden has not responded to Hennis's Objections. Hennis's Objections are, therefore, ripe for decision.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Hennis's Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

Hennis's Petition for a Writ of Habeas Corpus is DENIED WITH PREJUDICE. Further,

because reasonable jurists would not disagree with this conclusion, Hennis is denied leave to appeal in forma pauperis and any requested certificate of appealability. Finally, the captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Fifth Day of July, 2012.

                                                      **s/Thomas M. Rose**
                                        _____
                                             THOMAS M. ROSE
                                    UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
William Hennis at his last address of record